**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number *(If known)* ______________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** Flavio Realty Corp.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)** 11-2121945

**4. Debtor's address**

**Principal place of business**

25-02 Steinway Street
Astoria, NY 11103
Number, Street, City, State & ZIP Code

Queens
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor Flavio Realty Corp.
Name

Case number (*if known*) ____________________

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District ____________ When ____________ Case number ____________
District ____________ When ____________ Case number ____________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor See Attachment Relationship ____________
District ____________ When ____________ Case number, if known ____________

Debtor Flavio Realty Corp.
Name

Case number (*if known*) ____________

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____________

**Where is the property?** ____________
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ____________
Contact name ____________
Phone ____________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor Flavio Realty Corp.
Name

Case number (*if known*) ____________

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 11, 2026
MM / DD / YYYY

X ____________________
Signature of authorized representative of debtor

Angela Sportelli
Printed name

Title President

**18. Signature of attorney**

X ____________________
Signature of attorney for debtor

Date November 11, 2026
MM / DD / YYYY

Kevin Nash
Printed name

Goldberg Weprin Finkel Goldstein LLP
Firm name

125 Park Ave
New York, NY 10017-5690
Number, Street, City, State & ZIP Code

Contact phone ____________ Email address knash@gwfglaw.com

1927656 NY
Bar number and State

Debtor Flavio Realty Corp.
Name

Case number (*if known*)

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (*if known*) Chapter 11

☐ Check if this is an amended filing

**FORM 201. VOLUNTARY PETITION**

**Pending Bankruptcy Cases Attachment**

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Dino Realty Corp. | | | Relationship to you | Affiliate |
| District | Eastern New York | When | | Case number, if known | |
| Debtor | Vitti Properties Corp. | | | Relationship to you | Affiliate |
| District | Eastern New York | When | 7/4/26 | Case number, if known | 26-43254 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Flavio Realty Corp., | Case No. |
| Debtor. | |
| In re: | Chapter 11 |
| Dino Realty Corp., | Case No. |
| Debtor. | |

**CONSOLIDATED DECLARATION**
**PURSUANT TO THE LOCAL BANKRUPTCY RULES**

Angela Sportelli declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I am the president of each of the above listed debtors, Flavio Realty Corp. ("Flavio") and Dino Realty Corp. ("Dino" and, collectively with Flavio, the "Debtors"), and as such I am fully familiar with the facts and circumstances set forth herein.

2. I respectfully submit this Consolidated Declaration in accordance with the Local Bankruptcy Rules in support of the Debtors' respective Chapter 11 petitions filed simultaneously herewith. The purpose of this Declaration is to outline the Debtors' respective capital and debt structures, the events leading up to the commencement of the Chapter 11 cases and the Debtors' reorganization strategies.

3. I anticipate that the respective Chapter 11 cases will be jointly administered, along with Vitti Properties Corp., Case No. 26-43254-ESS ("Vitti"), because the Debtors are affiliates with a common secured creditor to wit, the Note Buyer (as defined below), based

upon a consolidated mortgage in the current total principal sum of $5,824,097.14, plus accrued interest and fees.

4. These Chapter 11 cases are a natural progression in the reorganization process. .They emanate from the fact that the Debtors have received a substantial third-party offer to buy all three adjoining buildings on Steinway Street (25-02, 25-12 and 25-22) owned by Vitti and each of the respective Debtors (collectively, the "Properties"). Such a sale, if successful, will enable the Debtors to satisfy the allowed claims of creditors as fixed and determined by the Court. The sale shall also be structured in a tax beneficial manner to utilize the 1031 like-kind tax exchange treatment of the proceeds.

**The Debtors' Capital Structure**

5. The Debtors are single asset real estate entities which each own mixed-use apartment buildings in Astoria, Queens. The Properties are encumbered by the consolidated spreader mortgage lien held by the note buyer known as CI Steinway LLC (the "Note Buyer"). The Note Buyer is the successor by assignment to the original lender, Bethpage Federal Credit Union.

6. More particularly, Flavio is the owner of the building located at 25-02 Steinway Street with approximately 40 residential tenants and 5 commercial stores, while Dino is the owner of the building located at 25-22 Steinway Street which also has approximately 40 residential tenants and 5 commercial stores. Copies of the respective rent rolls for 25-02 and 25-22 Steinway Street are collectively annexed hereto as Exhibit "A". As compared to Vitti, the Debtor's buildings have slightly higher rent rolls and thus are valued at slightly higher levels.

**Events Necessitating the Chapter 11 Filing**

7. The Properties have been owned by the Sportelli family for decades. In recent years, the Debtors were unable to refinance the secured debt due to intra-family disputes. As a result, the Properties became subject to pending a foreclosure proceeding commenced by the Note Buyer in Supreme Court, Queens County (Index No. 712740/2025).

8. The intra-family discord was precipitated by a series of unlawful and unauthorized actions committed by my brother, Pasquale, who has interfered with my efforts to properly manage the Properties. Among other things, my brother has allegedly broken into the buildings, locked out management, shut-off utilities, absconded with rent checks, misdirected tenants to pay rents to him and not the Debtors, opened unauthorized corporate accounts and submitted fraudulent documentation. As a result, I, along with the Debtors, have commenced suit against him in Supreme Court, Queens County (706485/2026), seeking (i) a declaratory judgment finding that my brother has no managerial rights in the Debtors; (ii) injunctive relief barring my brother from further interference in the Debtors; and (iii) damages of at least $5.0 million.

9. Fortunately, the prospect of a sale will enable the Debtors to pay allowed claims without unnecessary legal entanglements under a bankruptcy sale process, free and clear of all claims, liens and interests. My focus is to purse a sale of all three Properties to a single buyer. The Debtors are seeking Chapter 11 relief while a contract of sale is being drafted. The additional Chapter 11 cases will confer the jurisdiction of the Bankruptcy Court over all of the buildings so a sale can be completed.

**Local Rule 1007-4 Disclosures**

10. Pursuant to Local Rule 1007-4(a)(v), no committee of creditors was formed prior to the filing of the respective petitions.

11. Pursuant to Local Rule 1007-4(a)(ii), the respective cases are single asset real estate cases within the meaning of Bankruptcy Code § 101(51B).

12. Pursuant to Local Rule 1007-4(a)(vi), a list or matrix of the Debtors' respective creditors is included as part of the Debtors' petitions. Complete bankruptcy schedules and statements shall be filed within the next two weeks.

13. Pursuant to Local Rule 1007-4(a)(vii), the Properties are each subject to the senior mortgage held by the Note Buyer.

14. Pursuant to Local Rule 1007-4(a)(viii), the Debtors' respective assets and liabilities shall be set forth in the Debtors' bankruptcy schedules to be filed within the next two weeks.

15. Pursuant to Local Rule 1007-4(a)(ix), the sole shareholder of each of the Debtors is Sportelli Family Limited Partnership, of which I am the general partner.

16. Pursuant to Local Rule 1007-4(a)(x), although a receiver was appointed in the foreclosure action instituted by the Note Buyer in the Supreme Court, Queens County (the "Foreclosure Action"), the receiver never took possession of any of the Properties by reason of the automatic stay, which went into effect when Vitti filed its Chapter 11 case.

17. Pursuant to Local Rule 1007-4(a)(xii), the Debtors' respective books and records are maintained in Queens, New York.

18. Pursuant to Local Rule 1007-4(a)(xiii), the Debtors and Vitti are subject to the pending Foreclosure Action. A complete list of all pending lawsuits for both of the Debtors is being filed herewith.

19. Pursuant to Local Rule 1007-4(a)(xiv), I will not receive a salary or other compensation during the Chapter 11 cases.

20. Copies of proposed 30-day operating budgets for each of the Properties are annexed hereto as Exhibit "B".

Dated: New York, New York
November 11, 2026

Angela Sportelli

# EXHIBIT A

| Comments | Unit | Tenant Name | Square Feet | Beds | Baths | current rent | Registered rent | Rent Status | Lease Start Date | Lease End Date | contact |
|---|---|---|---|---|---|---|---|---|---|---|---|
| As of : | 1/1/2026 | | 25-22 steinway street Rent Roll | | | | | | | | |
| | 1A | AHMED MANSOUR | 800 | 1 | 1 | $845.59 | $889.99 | RS | 1/1/2025 | 12/31/2026 | 347-806-3202 |
| | 2A | HATIXE ALOVIC | 790 | 1 | 1 | $1,261.54 | $ 1,261.54 | RS | 3/1/2025 | 2/28/2027 | 347-456-4205 |
| | 3A | MUSTAFA M | 500 | 0 | 1 | $650.00 | $ 798.84 | RS | 5/1/2025 | 4/30/2027 | |
| | 4A | YOLANDA NAVAS | 650 | 1 | 1 | $793.87 | $ 793.87 | RS | 5/1/2025 | 4/30/2027 | 917-306-6994 |
| | 5A | AHMAD SAEED | 680 | 1 | 1 | $815.57 | $ 836.94 | RS | 11/1/2023 | 10/31/2025 | 929-780-4882 |
| | 6A | MARIA SANTIAGO | 801 | 1 | 1 | $900.00 | $ 1,057.71 | RS | 8/1/2024 | 7/31/2026 | 347-738-1406 |
| | 1B | OLIVERIA NARRAIRA | 800 | 1 | 1 | $1,325.08 | $ 1,325.08 | RS | 7/1/2025 | 6/30/2027 | 929-335-8082 |
| | 2B | Mohamed Nabil Emara | 780 | 1 | 1 | $1,400.00 | $ 1,483.03 | RS | 12/1/2023 | 11/30/2025 | 917-470-5241 |
| | 3B | MANUELA GOMEZ | 791 | 1 | 1 | $1,460.30 | $ 1,460.30 | RS | 7/1/2025 | 6/30/2027 | 908-930-4133 |
| | 4B | MOHAMMAD ASLAM | 800 | 1 | 1 | $986.89 | $ 1,014.02 | RS | 2/1/2024 | 1/31/2026 | 917-294-4350 |
| | 5B | ADISA SALIANIN | 1100 | 2 | 1 | $1,342.30 | $ 2,480.22 | RS | 7/1/2025 | 6/30/2027 | 917-780-3008 |
| | 6B | FATIMA DUARTE | 801 | 1 | 1 | $1,119.79 | $ 1,238.42 | RS | 7/1/2024 | 6/30/2026 | 917-543-4810 |
| | 7B | ESLAM & BASSANT EL NASSHARTY | 720 | 1 | 1 | $1,300.39 | $ 1,300.39 | RS | 9/1/2025 | 8/31/2027 | 929-300-8262 |
| | 8B | JEANETH ARDILA | 710 | 1 | 1 | $1,428.03 | $ 1,428.03 | RS | 9/1/2024 | 8/31/2026 | 347-299-4658 |
| | 9B | Luisa Monsalve Caro | 710 | 1 | 1 | $1,226.68 | $ 1,226.68 | RS | 1/1/2023 | 12/31/2026 | 857-492-2747 |
| needs non pay holdover | 10B | akram mahmood mikilova mirgul | 800 | 1 | 1 | $1,200.00 | $ 1,321.98 | RS | 10/1/2024 | 9/30/2026 | 631-406-7821 |
| renew lease | 11B | SOPHIA WAHAB | 1200 | 2 | 1 | $1,000.69 | $ 1,079.52 | RS | 10/1/2024 | 9/30/2026 | 718-775-8752 |
| | 1C | A ALEXANIAN | 800 | 1 | 1 | $475.00 | $ 422.73 | RS | 2/1/2024 | 1/31/2026 | 718-637-3987 |
| | 2C | ZAHIDA TAMBRA | 790 | 1 | 1 | $800.00 | $ 902.69 | RS | 11/1/2024 | 10/31/2026 | 347-738-5753 |
| renew lease | 3C | YATEOS NICHANIAN | 791 | 1 | 1 | $763.81 | $ 951.60 | RS | 8/1/2024 | 7/31/2026 | 347-466-6367 |
| | 4C | CHAUDRY SIKANDAR | 800 | 1 | 1 | $900.00 | $ 1,351.85 | RS | 1/1/2024 | 12/31/2025 | 718-728-1763 |
| moved in 2/1/26 ( reno) | 5C | MAGDA HUSSEIN | 1100 | 2 | 1 | $1,376.58 | $ 1,376.58 | RS | 9/1/2025 | 8/31/2027 | 347-832-1832 |
| | 6C | ADILA Jelenih | 801 | 1 | 1 | $1,207.50 | $ 1,535.53 | RS | 8/1/2023 | 7/31/2027 | 516-492-2264 |
| | 7C | YOUSUF KHAN | 720 | 1 | 1 | $893.42 | $ 1,030.08 | RS | 3/1/2025 | 2/28/2027 | 718-728-3450 |
| | 8C | RANIA W ABDELWAHAB | 710 | 1 | 1 | $1,900.00 | $ 1,993.20 | RS | 2/1/2025 | 1/31/2026 | 914-551-3758 |
| | 9C | SOFYAN KHAN | 710 | 1 | 1 | $1,008.04 | $ 1,217.79 | RS | 3/1/2025 | 2/28/2027 | 917-533-3365 |
| | 10C | ELBASTAWEEY RAHMA | 800 | 1 | 1 | $1,102.92 | $ 1,102.92 | RS | 1/1/2025 | 11/31/2026 | 929-800-7617 |
| | 11C | IBRAHIM ABOZAID | 1100 | 2 | 1 | $1,118.31 | $ 1,236.08 | RS | 4/1/2025 | 3/31/2027 | 917-492-4145 |
| | 1D | MARINA O | 800 | 1 | 1 | $1,410.04 | $ 1,494.59 | RS | 7/1/2025 | 6/30/2027 | 551-225-7948 |
| | 2D | PEPPY STOEVA | 780 | 1 | 1 | $300.00 | $ 937.75 | RS | 6/1/2024 | 5/31/2026 | 917-475-8449 |
| | 3D | nesheen tahir& tahir mahmood | 791 | 1 | 1 | $886.71 | $ 886.71 | RS | 5/1/2025 | 4/30/2026 | 347-400-3368 |
| | 4D | KHIZAR HAYAT | 800 | 1 | 1 | $1,111.00 | $ 1,154.15 | RS | 7/1/2024 | 6/30/2026 | 301-438-6980 |
| | 5D | NAO OZZANDAR | 1100 | 1 | 1 | $1,084.73 | $ 1,084.73 | RS | 10/1/2024 | 9/30/2026 | 718-545-4878 |
| | 6D | CARMEN VARGA | 801 | 1 | 1 | $892.13 | $ 892.13 | RS | 4/1/2024 | 3/31/2026 | 917-765-3499 |
| | 7D | IBRAHIM GHANEM | 720 | 1 | 1 | $950.00 | $ 1,100.21 | RS | 3/1/2024 | 2/28/2026 | 929-461-3184 |
| | 8D | Pineros ardila | 710 | 1 | 1 | $1,440.00 | $ 1,443.30 | RS | 10/1/2024 | 9/30/2026 | 347-241-2352 |
| | 9D | SYLVIA GONZALEZ | 710 | 1 | 1 | $805.90 | $ 902.48 | RS | 10/1/2025 | 9/30/2025 | 347-860-0331 |
| | 10D | MAGED ELBASTAWISY | 800 | 1 | 1 | $902.88 | $ 902.88 | RS | 4/1/2024 | 3/31/2026 | 929-900-7617 |
| | 11D | KHALED ATIMA | 1200 | 2 | 1 | $1,011.74 | $ 1,011.74 | RS | 1/1/2025 | 12/31/2026 | 917-478-5461 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Commercial RR | As of: | 1/1/2026 | | | | | | | | | | |
| Total Building SF: | | | | | | | | | | | | |
| 2522 Steinway Commercial Rent Roll | | | | | | | | | | | | |
| COMMENT | Unit | Tenant Name | Square Feet | Tax Reimbursement (Annual) | Monthly Rent PSF | Monthly Rent | Annual Rent PSF | Annual Rent | Lease Start Date | Lease End Date | Rent Bumps | CONTACT |
| | 1 | ultra video | 510 | None | $3.91 | $1,066.00 | | $24,792.00 | | | | 917-686-5557 |
| | 2 | on crescent corp | 650 | Pro rata share | $3.26 | $3,038.00 | | $36,456.00 | | | | 917-494-5557 |
| | 3&4 | member café | 1600 | Pro rata share | $2.97 | $3,588.00 | | $43,056.00 | | | | 347-536-6436 |
| needs non pay holdover | 3&4 | beaty market | 1200 | Pro rata share | $4.17 | $4,858.00 | | $58,296.00 | | | | 646-545-6333 |
| | 7 | bemo spot | 700 | Pro rata share | $3.45 | $1,428.00 | | $17,136.00 | | | | 917-361-2423 |
| | 8 | alensaar travel | 650 | Pro rata share | $1.63 | $1,300.00 | | $15,600.00 | | | | 646-263-7966 |

| As of : | 2/1/2026 | 25-02 steinway street Rent Roll | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Comments | Unit | Tenant Name | Square Feet | Beds | Baths | Monthly Rent | Registered rent | Rent Status | Lease Start Date | Lease End Date | contact |
| super | 1A | mohamed ahmed | 800 | 1 | 1 | $1,086.98 | $1,856.43 | RS | 5/1/2025 | 1/31/2027 | 347-952-3532 |
| RENEW LEASE | 2A | MAHMUD SHAH | 790 | 1 | 1 | $914.00 | $ 914.55 | RS | 5/1/2024 | 4/30/2026 | 917-455-1031 |
| | 3A | RAZI TAREK | 500 | 0 | 1 | $1,444.85 | $ 1,444.85 | RS | 2/1/2026 | 1/31/2028 | 718-785-6441 |
| | 4A | BLERTA M | 650 | 1 | 1 | $1,178.37 | $ 1,178.37 | RS | 3/1/2025 | 2/28/2027 | 917-943-4461 |
| | 5A | MOHMAMED ASGHAR | 680 | 1 | 1 | $847.04 | $ 847.04 | RS | 7/1/2025 | 6/30/2027 | 646-434-9659 |
| | 6A | ALMA PAMANDANAN | 805 | 1 | 1 | $1,196.58 | $ 1,196.58 | RS | 2/1/2025 | 1/31/2027 | 646-266-4818 |
| | 1B | VANIA DA COSTAS | 800 | 1 | 1 | $1,247.28 | $ 1,247.28 | RS | 1/1/2025 | 12/31/2026 | 646-302-7276 |
| RENEW LEASE | 2B | ZULFQAR ALI | 790 | 1 | 1 | $893.79 | $ 945.44 | RS | 6/1/2020 | 5/31/2022 | 646-704-7950 |
| RENEW LEASE | 3B | ELZY LARA MARCOS | 795 | 1 | 1 | $1,212.17 | $ 1,338.59 | RS | 2/1/2021 | 1/31/2023 | 917-501-5685 |
| | 4B | TAREK ELGORY | 800 | 1 | 1 | $1,000.00 | $ 909.63 | RS | 9/1/2021 | 8/31/2023 | 917-414-8192 |
| | 5B | JAVAID A CHEEMA | 1100 | 2 | 1 | $1,400.00 | $ 1,514.83 | RS | 7/1/2024 | 6/30/2026 | 917-756-3737 |
| $ 501 public assis | 6B | Abdoul Maged Mohamoud | 805 | 1 | 1 | $1,514.83 | $ 1,514.83 | RS | 7/1/2024 | 6/30/2026 | 347-815-0533 |
| | 7B | AYACHE MOHMMED | 720 | 1 | 1 | $2,500.00 | $ 2,577.27 | RS | 2/1/2026 | 1/31/2028 | 347-981-9014 |
| RENEW LEASE | 8B | JANET BILAN | 710 | 1 | 1 | $770.32 | $ 933.65 | RS | 10/1/2012 | 9/30/2014 | 347-853-6392 |
| IN RENOVATIONS | 9B | KARAM MOHAMED | 710 | 1 | 1 | $1,500.00 | $ 1,464.74 | RS | 4/1/2026 | 3/31/2028 | 917-407-5953 |
| HOLD OVER CASE | 10B | ANA ALONSO | 800 | 1 | 1 | $988.01 | $ 988.01 | RS | 7/1/2024 | 6/30/2026 | 347-738-2144 |
| | 11B | Mohamed Montaser | 1200 | 2 | 1 | $1,810.00 | $ 1,741.84 | RS | 5/1/2021 | 4/30/2027 | 917-420-3400 |
| RENEW LEASE | 1C | MOHAMMAD CHAUD | 800 | 1 | 1 | $1,093.76 | $ 1,151.98 | RS | 2/1/2020 | 1/31/2022 | 347-774-6262 |
| | 2C | SALSABEIL EL HASHARTY | 790 | 1 | 1 | $1,565.32 | $ 1,565.32 | RS | 7/1/2025 | 6/30/2027 | 929-412-4661 |
| RENEW LEASE | 3C | ELFEKY HAZEM MAHMOUD | 795 | 1 | 1 | $1,863.01 | $ 1,863.01 | RS | 7/1/2024 | 6/30/2026 | 929-253-1740 |
| | 4C | MOHAMED THARWAT | 800 | 1 | 1 | $1,211.00 | $ 1,150.00 | RS | 9/1/2025 | 8/31/2027 | 917-742-5188 |
| | 5C | KATHRINE VARSOS | 1100 | 1 | 1 | $1,023.74 | $ 1,023.74 | RS | 2/1/2025 | 1/31/2027 | 347-665-4073 |
| NEEDS INITIAL LEASE | 6C | CHAUDHARY WAHEED | 805 | 1 | 1 | $1,294.31 | $ 1,196.58 | RS | 9/1/2025 | 8/31/2027 | 929-293-1990 |
| | 7C | BILAL AHMED | 720 | 1 | 1 | $945.95 | $ 945.95 | RS | 10/1/2024 | 9/30/2026 | 646-711-4822 |
| | 8C | JOSEFINA LASASSO | 710 | 1 | 1 | $849.99 | $ 849.99 | RS | 4/1/2024 | 3/31/2026 | 718-485-8720 |
| | 9C | SHREEN ELSAYED | 710 | 1 | 1 | $1,215.00 | $ 1,527.07 | RS | 11/1/2024 | 10/31/2026 | 347-570-6350 |
| FROZEN | 10C | PETER TRAINTAFILOU | 800 | 1 | 1 | $865.83 | $ 987.27 | RS | 4/1/2024 | 3/31/2026 | 917-599-8118 |
| | 11C | HEAMIEN BANDONIAN | 1200 | 2 | 1 | $1,400.00 | $ 2,179.92 | RS | 4/1/2024 | 3/31/2026 | 718-483-1461 |
| | 1D | MOHAMMAD AFZAL | 800 | 1 | 1 | $1,000.00 | $ 1,329.72 | RS | 10/1/2023 | 9/30/2025 | 718-606-6426 |
| | 2D | NORIKO AMBT | 790 | 1 | 1 | $966.18 | $ 1,127.49 | RS | 11/1/2024 | 10/31/2026 | 718-606-8123- 917-445-8421 |
| | 3D | JOSE GERLADO | 795 | 1 | 1 | $1,200.00 | $ 1,456.75 | RS | 4/1/2025 | 3/31/2027 | 347-219-7427 |
| | 4D | RIASAT MAQSOOD | 800 | 1 | 1 | $1,604.47 | $ 1,604.47 | RS | 9/1/2025 | 8/31/2027 | 929-494-6795 |
| | 5D | IQBAL ZAFAR | 1100 | 1 | 1 | $1,905.89 | $ 1,905.89 | RS | 9/1/2025 | 8/31/2027 | 917-412-6053 |
| | 6D | ALMUSLLMT MOHAMED | 805 | 1 | 1 | $1,334.49 | $ 1,334.49 | RS | 9/1/2025 | 8/31/2027 | 813-406-1470 |
| RENEW LEASE | 7D | O MANUKIAN | 710 | 1 | 1 | $797.06 | $ 797.06 | RS | 3/1/2024 | 2/28/2026 | 347-379-3119 |
| | 8D | NABEEL MIAN | 710 | 1 | 1 | $937.42 | $ 937.42 | RS | 9/1/2025 | 8/31/2027 | 347-894-8882 |
| | 9D | WALID | 710 | 1 | 1 | $1,850.56 | $ 1,850.56 | RS | 7/1/2024 | 6/30/2026 | 917-941-1281 |
| | 10D | ASHRAF EL NAGAR | 800 | 1 | 1 | $1,433.78 | $ 1,775.93 | RS | 6/1/2025 | 7/1/2027 | 917-591-3102 |
| | 11D | MARIA AUGUTIN | 1200 | 2 | 1 | $1,470.00 | $ 1,469.16 | RS | 9/1/2025 | 8/31/2027 | 347-523-0302 |

| Commercial RR | As of: | 6/1/2022 |
|---|---|---|
| Total building SF: | | 80,558 |

2502-2522 Steinway Commercial Rent Roll

| COMMENT | Unit | Tenant Name | Square Feet | | Tax Reimbursement (Annual) | Monthly Rent PSF | Monthly Rent | Annual Rent PSF | Annual Rent | Lease Start Date | Lease End Date | Rent Bumps | CONTACT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | MOUSTAFA ACCOUNTING | 510 | | None | $2.81 | $2,000.00 | $34.95 | $17,823.12 | 9/1/2025 | 8/31/2030 | 4% Annual Rent Increase | 347-239-0880 |
| | 2 | NILE MEAT MARKET | 650 | 0.72% | Pro rata share | $3.26 | $2,120.00 | $39.14 | $25,440.00 | 11/1/2020 | 10/31/2027 | 6% Annual rent increase | |
| NEEDS NON PAY HOLDOVER | 3,4 | JIMMY'S CLEANERS | 1600 | 1.77% | Pro rata share | $2.97 | $4,750.00 | $35.63 | $57,000.00 | 10/1/2020 | 9/30/2030 | 6% Annual rent increase | 347-500-4200 |
| | 5,6 | BETTER CARE PHARMACY | 1200 | 1.33% | Pro rata share | $4.17 | $5,600.00 | $50.00 | $60,000.00 | 7/1/2025 | 6/31/2035 | 6% Annual rent increase | 646-331-7562 |
| | 7 | MENNA SCARFS | 700 | 1.00% | Pro rata share | $3.41 | $2,778.03 | $41.14 | $28,800.00 | 8/1/2022 | 3/31/2031 | 5% Annual rent increase | 646-284-3065 |
| | 8 | BARBER SHOP | 650 | 0.72% | Pro rata share | $1.65 | $1,075.00 | $19.85 | $12,900.00 | 10/1/2020 | 9/30/2030 | 6% Annual rent increase | 718-310-0828 |

**CORPORATE RESOLUTIONS RELATING TO THE COMMENCEMENT OF CHAPTER 11 CASES**

**WHEREAS,** on November 10, 2026, Sportelli Family Limited Partnership, as the sole Shareholder of both Flavio Realty Corp. and Dino Realty Corp. (collectively, the "Companies") acting by and through Angela Sportelli, voted to commence Chapter 11 petitions on behalf of the Companies; and

**WHEREAS**, the Companies each own mixed-use apartment buildings with approximately 40 residential units and five commercial units, located at 25-02 and 25-22, Steinway Street, Astoria, New York, respectively (the "Properties"); and

**WHEREAS**, the Properties, together with the mixed-use apartment building located at 25-12 Steinway Street, Astoria, New York (the "Vitti Property") owned by the Companies' affiliate, Vitti Properties Corp. ("Vitti") are subject to a foreclosure action in the Supreme Court, Queens County; and

**WHEREAS**, Vitti filed a Chapter 11 petition in the U.S. Bankruptcy Court for the Eastern District of New York, Case No. 26-43254-ESS; and

**WHEREAS**, the Companies and Vitti are pursuing the sale of the Properties in conjunction with the Vitti Property to a third party covering all three buildings; and

**WHEREAS**, the undersigned has considered the financial challenges facing the Properties and the available options, including the commencement of companion Chapter 11 cases under title 11 of the United States Code (the "Bankruptcy Code"); and

**NOW, THEREFORE IT IS HEREBY RESOLVED**, that after consideration of the foregoing, the undersigned has determined that it is in the best interests of the Companies and their creditors that voluntary petitions be filed by each of the Companies seeking relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Eastern District of New York (the "Petition"), and the filing of such Petition be, and hereby is, authorized in all respects; and it is

**FURTHER RESOLVED,** that the Companies are further authorized to pursue the sale of the Properties in bankruptcy; and it is

**FURTHER RESOLVED,** that the Companies are each authorized to retain the law firm of Goldberg Weprin Finkel Goldstein LLP as counsel in the Chapter 11 case under a general retainer.

**IN WITNESS WHEREOF,** the undersigned hereby consents to and approves and adopts these resolutions as of the date set forth above and directs that this Written Consent be filed with the minutes and official records of each of the Companies.

Flavio Realty Corp.
By: Sportelli Family Limited Partnership
Sole Shareholder

By: ______________________
Name: Angela Sportelli
Title: General Partner

Dino Realty Corp.
By: Sportelli Family Limited Partnership
Sole Shareholder

By: ______________________
Name: Angela Sportelli
Title: General Partner

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Flavio Realty Corp.,<br><br>Debtor. | Chapter 11<br><br>Case No. |
| In re:<br><br>Dino Realty Corp.,<br><br>Debtor. | Chapter 11<br><br>Case No. |

**LIST OF EQUITY HOLDERS**

Sportelli Family Limited Partnership is the sole 100% shareholder of both Flavio Realty Corp. and Dino Realty Corp.

Dated: New York, New York
November 10, 2026

By: [signature]
Name: Angela Sportelli
Title: President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re: Chapter 11

Flavio Realty Corp., Case No.

Debtor.

---------------------------------------------------------------x

In re: Chapter 11

Dino Realty Corp., Case No.

Debtor.

---------------------------------------------------------------x

1. CI STEINWAY LLC v. FLAVIO REALTY CORP; VITTI PROPERTIES CORP; DINO REALTY CORP. et al
   Supreme Court, Queens County
   Index No. 712740/2025
   Foreclosure Action

   Plaintiff's Attorney: Harry Zubli Esq.
   1010 Northern Blvd., Suite 306
   Great Neck NY 11021

2. THE SPORTELLI FAMILY LIMITED PARTNERSHIP, FLAVIO REALTY CORP., VITTI PROPERTIES CORP., DINO REALTY CORP. et al. v. PASQUALE SPORTELLI and THE PASQUALE SPORTELLI 2018 IRREVOCABLE TRUST
   Supreme Court, Queens County
   Index No. 706485/2026
   Declaratory Judgment and Injunctive Relief

   Defendants' Attorneys: Pasquale Sportelli, *Pro Se*
   1820 25th Road
   Astoria, New York 11102

   Dmitriy Ishimbayev Esq.
   Ishimbayev Law Firm, P.C.
   *Attorneys for Defendant, The Pasquale Sportelli 2018 Irrevocable Trust*
   1 World Trade Center, Suite 8500
   New York, NY 10007

3. Olympian Fuel & Oil Corp. v. Flavio Realty Corp.
   Supreme Court, Nassau County
   Index No. 618136/2026
   Breach of Contract Action

   Plaintiff's Attorney: Stuart R. Berg Esq.
   1205 Franklin Avenue, Suite 380
   Garden City, NY 11530

4. Olympian Fuel & Oil Corp. v. Dino Realty Corp.
   Supreme Court, Nassau County
   Index No. 618135/2026
   Breach of Contract Action

   Plaintiff's Attorney: Stuart R. Berg Esq.
   1205 Franklin Avenue, Suite 380
   Garden City, NY 11530

Dated: New York, New York
November 10, 2026

By: ______________________
Name: Angela Sportelli
Title: President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re: Chapter 11

Flavio Realty Corp., Case No.

Debtor.

-------------------------------------------------------------x

In re: Chapter 11

Dino Realty Corp., Case No.

Debtor.

-------------------------------------------------------------x

**LOCAL RULE 1007-2 CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 1007-2(a)(7), the Flavio Realty Corp. and Dino Realty Corp. each certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
November 10, 2026

By: ______________________
Name: Angela Sportelli
Title: President

**United States Bankruptcy Court**
**Eastern District of New York, Brooklyn Division**

In re Flavio Realty Corp. Debtor(s)

Case No.
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: November 11, 2026

Angela Sportelli/President
Signer/Title

Date: November 11, 2026

Signature of Attorney
Kevin Nash
Goldberg Weprin Finkel Goldstein LLP
125 Park Ave
New York, NY 10017-5690
Fax:



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Aero Locksmith
221 East 83rd Street
New York, NY 10028

Angela Sportelli
29-14 Newtown Avenue
Unit PH
Astoria, NY 11102

Chief Energy Corp.
918 McDonald Avenue
Brooklyn, NY 11218

CI Steinway LLC
c/o Harry Zubli, Esq.
1010 Northern Boulevard
Suite 306
Brooklyn, NY 11201

Con Edison
4 Irving Pl
Bankruptcy Unit
New York, NY 10003-3502

D&N Services, Inc.
25-54 14th Street
Astoria, NY 11102

Dino Realty Corp.
25-22 Steinway Street
Astoria, NY 11103

Edy's Pest Control
66-38 53rd Avenue
Maspeth, NY 11378

Frydman LLC
501 Fith Avenue
New York, NY 10017

Graham Felix
2559 14th Place, Unit 3L
Astoria, NY 11102

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

New York City Department of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038

NYC Department of Law
Attn: Bernadette Brennan, Esq.
100 Church St Rm 5-233

New York, NY 10007-2601
NYS Attorney General
28 Liberty St
New York, NY 10005-1400

NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205-0300

Olympian Fuel & Oil Corp.
c/o Stuart R. Berg Esq.
1205 Franklin Avenue, Suite 380
Garden City, NY 11530

Tzimopouslos Law, P.C.
5 Penn Plaza, 19th Floor
New York, NY 10001

Vitti Properties Corp.
25-12 Steinway Street
Astoria, NY 11103

We On Point Fire Protection Corp.
464-466 Bushwick Avenue
Brooklyn, NY 11206

Pasquale Sportelli
1820 25th Road
Astoria, New York 11102

The Pasquale Sportelli 2018 Irrevocable Trust
c/o Dmitriy Ishimbayev Esq.
Ishimbayev Law Firm, P.C.
1 World Trade Center, Suite 8500
New York, NY 10007

New York City Water Board
59-17 Junction Blvd
Flushing, NY 11373